# EXHIBIT A

**Civil Court of the City of New York**
County of Bronx

Index Number: **CV-011482-22/BX**

Erisa Moore
    Plaintiff(s)
-against-
Experian; Equifax; Transunion
    Defendant(s)

TO BE SERVED ON DEFENDANT

**SUMMONS WITH ENDORSED COMPLAINT**
BASIS OF VENUE: Plaintiff's residence

Plaintiff's Address (s):
Erisa Moore
780 Astor Ave
2C
Bronx, NY 10467

To the named defendant (s)
Experian (Deft), at 475 Anton Blvd, Costa Mesa, CA 92626
Equifax (Deft), at 1550 Peachtree Street, Atlanta, GA 30309
Transunion (Deft), at 555 West Adams Street, 6 Fl, Chicago, IL 60661-3614

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of Bronx at the office of the Clerk of the said Court at **851 Grand Concourse**, in the County of **Bronx, City and State of New York**, within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk; upon your failure to answer, judgment will be taken against you for the total sum of $10,000.00 and interest as detailed below.
Plaintiff's work sheet may be attached for additional information if deemed necessary by the clerk.

Date: December 7, 2022          Alia Razzaq        *[signature]*
                                                   CHIEF CLERK

**ENDORSED COMPLAINT**

The nature and the substance of the plaintiff's cause of action is as follows:   Other for $10,000.00 with interest from 10/22/2021. Defamation of Character, Inaccurate Consumer report

*NOTE TO THE DEFENDANT*

A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within **TWENTY** days after such service; or
B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed **THIRTY** days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.
C) Following CPLR 321(a) corporations must be represented by an attorney.

* NOTE TO THE SERVER OF THE SUMMONS

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**
*(See 22NYCRR, Section 130-1.1a)*

SIGN NAME: *[signature]*
PRINT NAME: Erisa Moore

**FEE PAID**

NOV 07 2022

CIVIL COURT
BRONX COUNTY