UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERISA MOORE,

            Plaintiff,

-v-                                        CIVIL ACTION NO.: 23 Civ. 673 (PAE) (SLC)

EXPERIAN, EQUIFAX, and TRANSUNION,          **ORDER**

            Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On March 6, 2023, Defendants Experian Information Solutions, Inc. and Trans Union, LLC filed a motion to dismiss Plaintiff Erisa Moore's ("Ms. Moore") complaint, (ECF No. 13 (the "Motion")), with a response due on March 20, 2023. To date, Ms. Moore has not responded to the Motion. Accordingly, Ms. Moore shall respond to the Motion by **Wednesday, March 29, 2023**.

Ms. Moore is warned that failure to respond to the Motion may result in the Court deeming the Motion unopposed and ruling on the Motion based on Defendants' submissions alone.

Dated:       New York, New York
                March 22, 2023

                                                  SO ORDERED.

                                                  _____
                                                  SARAH L. CAVE
                                                  **United States Magistrate Judge**