UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERISA MOORE,  Plaintiff,<br><br>-v-<br><br>EXPERIAN and TRANSUNION,  Defendants. | CIVIL ACTION NO.: 23 Civ. 673 (PAE) (SLC)<br><br>**SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 20 to file the document at ECF No. 22-2 under seal is **GRANTED**. The documents at ECF No. 21 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close ECF No. 20.

Dated:      New York, New York
            April 17, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge