**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

ERISA MOORE,

                Plaintiff,              23 **CIVIL** 0673 (PAE)(SLC)

     -against-                          **JUDGMENT**

EXPERIAN and TRANSUNION,

                Defendants.

-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 30, 2023, the Court accepts and adopts Judge Cave's Report in its entirety. The Court grants defendants' motion to dismiss under Rule 12(b)(6), denies Moore's motion to amend under Rule 15, and denies leave to amend. The Court dismisses this action with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

    November 01, 2023

                                                  **RUBY J. KRAJICK**

                                                      Clerk of Court

                              **BY:**

                                                      **Deputy Clerk**